UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-80701-CIV-DIMITROULEAS/MATTHEWMAN

AJ O'LAUGHLIN and CRYSTAL LITTLE,
    Plaintiffs,
v.

PALM BEACH COUNTY, a political
Subdivision of the State of Florida,
    Defendant.
_____/

## EXPEDITED JOINT MOTION FOR EXTENSION OF TIME TO FILE SUBSTANTIVE PRETRIAL MOTIONS

The Parties, A O'LAUGHLIN, CRYSTAL LITTLE (collectively, "Plaintiffs") and PALM BEACH COUNTY (the "County" or "Defendant"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.1(a)(1)(J), hereby file this Expedited Joint Motion for Extension of Time to File Substantive Pretrial Motions, due on May 22, 2020, and in support thereof state:

1. On May 14, 2019, Plaintiffs filed a Complaint in state court seeking to enjoin the County from enforcing its social media policy and ordering the County to rescind the discipline received by Plaintiffs for violation of Palm Beach County Fire Rescue's Social Media Policy ("Social Media Policy"). [DE 1-1].

2. The County removed Plaintiffs' Complaint to this Court on May 29, 2019. [DE 1].

3. On July 10, 2019, the County filed a Motion to Dismiss the Complaint. [DE 11].

4. On August 15, 2019, this Court entered an Order Setting Trial Date and Discovery Deadlines, Referring Case to Mediation and Referring Discovery Motions to U.S. Magistrate Judge (the "Scheduling Order"), which set this case on a two-week trial docket

commencing on August 18, 2020. [DE 21]. Pursuant to the Scheduling Order, substantive pretrial motions are due on May 22, 2020.

5. On January 3, 2020, this Court entered a detailed Order granting the County's Motion to Dismiss the Complaint without prejudice. [DE 31].

6. Plaintiffs then filed an Amended Complaint on January 24, 2020. [DE 32].

7. On February 26, 2020, the County filed a Motion to Dismiss the Amended Complaint [DE 35], to which the Plaintiffs responded on March 30, 2020. [DE 38].

8. The County filed its Reply in Support of the Motion to Dismiss on April 6, 2020. [DE 39].

9. This Court has not yet ruled on the County's pending Motion to Dismiss.

10. On May 14, 2020, the Parties jointly moved to stay all of the deadlines in the Scheduling Order pending a ruling on the potentially case dispositive Motion to Dismiss. [DE 40]. There, the Parties explained that minimal to no discovery has been conducted to date due to this Court's detailed ruling on January 3, 2020. [DE 31]. Additionally, the Parties explained that due to the global pandemic and the increased need for Firefighters, as essential first responders, both sides need additional time to meet all deadlines in the Scheduling Order. *See* Joint Motion to Stay, attached hereto as Exhibit A.

11. This Court has not yet ruled on the Joint Motion to Stay [DE 40] and substantive pretrial motions are due in three short days under the operative Scheduling Order [DE 21].

12. Pursuant to Local Rule 7.1(a)(3), the Parties conferred and agreed to file this Joint Motion for Extension of Time addressing the upcoming deadline to file substantive pretrial motions.

Wherefore, the Parties respectfully request that this Honorable Court extend the deadline to file substantive pretrial motions until a ruling on the potentially case dispositive and fully briefed Motion to Dismiss is rendered. Additionally, the Parties would ask that this Honorable Court extend the time to conduct discovery and issue a new scheduling order taking into account the global pandemic currently affecting the need for essential first responders, such as the Firefighters and Fire Department, on both sides of this case.

Dated: May 19, 2020.

Respectfully submitted,

| | |
|---|---|
| */s/ William R. Amlong* | */s/Anaili Cure* |
| William R. Amlong | Anaili Cure, Esquire |
| Florida Bar No. 470228 | Assistant County Attorney |
| AMLONG & AMLONG, P.A. | Florida Bar No. 119558 |
| 500 Northeast Fourth St., Second Floor | 300 North Dixie Highway, Third Floor |
| Fort Lauderdale, Florida 33301 | West Palm Beach, Florida 33401 |
| Tel.: (954)462-1983 / Fax: (954) 463-5008 | Tel.: (561) 355-6337 / Fax: (561) 355-4234 |
| Email: WRAmlong@TheAmlongFirm.com | Email: acure@pbcgov.org; dfishel@pbcgov.org, swebber@pbcgov.org |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to the authorized CM/ECF filers.

*/s/ William R. Amlong*
William R. Amlong
Florida Bar No. 470228
AMLONG & AMLONG, P.A.
500 Northeast Fourth St., Second Floor
Fort Lauderdale, Florida 33301
Tel.: (954)462-1983 / Fax: (954) 463-5008
Email: WRAmlong@TheAmlongFirm.com