**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-80701-CIV-DIMITROULEAS/MATTHEWMAN**

AJ O'LAUGHLIN and CRYSTAL LITTLE,
    Plaintiffs,
v.

PALM BEACH COUNTY, a political
Subdivision of the State of Florida,
    Defendant.
_____/

**ORDER ON MOTION TO STAY**

**THIS CAUSE** is before the Court on the Joint Motion to Stay Court Ordered Deadlines [DE 40] and the Expedited Joint Motion for Extension of Time to File Substantive Pretrial Motions [DE 41] (the "Motions"). The Court has reviewed the Motion and otherwise fully advised in the premises.

District courts enjoy broad discretion in deciding how best to manage the cases before them and to set and enforce scheduling deadlines. *See Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001); *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997). The Parties request that the Deadlines in the Scheduling Order [DE 21] be stayed pending a ruling on Palm Beach County's Motion to Dismiss. In addition the Parties ask that the Court extend the discovery deadline and substantive pre-trial motion deadlines in this case, taking into account the global pandemic currently affecting the need for essential first responders such as those on both sides of this case.

    **ORDERED AND ADJUDGED** as follows:

        1. The Motions [DE 40, 41] are **GRANTED in part.**

2. The deadlines in the Court's scheduling order [DE 21] are extended for ninety (90) days as follows:

   a. This case is set for trial on the two-week calendar commencing Monday, November 16, 2020. Counsel for all parties shall appear at a calendar call commencing at 10:00 a.m. on Friday, November 13, 2020;

   b. Discovery Cutoff is set at July 21, 2020.

   c. Substantive Pretrial Motion deadline is August 20, 2020;

   d. Mandatory Pretrial Stipulation is due October 30, 2020;

   e. Motions in Limine are due October 30, 2020;

   f. Responses to Motions in Limine are due November 6, 2020;

   g. Jury Instructions are due November 6, 2020.

**DONE AND ORDERED** in Chambers at Fort Lauderdale in the Southern District of Florida, this 21st day of May, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record