UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80701-CIV-DIMITROULEAS

AJ O'LAUGHLIN and CRYSTAL
LITTLE,

      Plaintiffs,
v.

PALM BEACH COUNTY, a political
Subdivision of the State of Florida,

      Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

The parties were required to complete mediation within sixty (60) days of the start of the two-week trial period. *See* [DE 49]. The Court entered a Paperless Order on September 16, 2020 stating in relevant part that, while all jury trials in the Southern District of Florida scheduled to begin on or after March 31, 2020 until January 4, 2021 were continued by Administrative Order 2020-53, all other Scheduling Order deadlines remain as scheduled and "[t]he mediation deadline remains set at 60 days before the start of the current two-week trial period." *See* [DE 59]. However, as of the date of this Order, there has been no notification that mediation has been completed.[1]

Accordingly it is **ORDERED AND ADJUDGED** that Plaintiff, on or before **October 5, 2020**, shall file a mediation report showing the results of the mediation, and if no mediation has occurred, show cause why sanctions, up to and including dismissal, should not be imposed.

---

[1] A Notice of Mediator Selection was filed on August 29, 2019. *See* [DE 25].

Failure to respond may result in dismissal of this case.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 28th day of September, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record