UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80701-CIV-DIMITROULEAS/MATTHEWMAN

AJ O'LAUGHLIN and CRYSTAL LITTLE,

    Plaintiffs,

v.

PALM BEACH COUNTY, a political
Subdivision of the State of Florida,

    Defendant.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiffs AJ O'Laughlin and Crystal Little (collectively, "Plaintiffs")'s Motion for Attorneys' Fees on Appeal [DE 95], and the October 26, 2022 Report and Recommendation of Magistrate Judge William Matthewman [DE 110] (the "Report"). The Court notes that no objections to the Report [DE 110] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 110] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 110] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 110] is hereby **ADOPTED** and **APPROVED**;

2.     Plaintiffs' Motion for Attorneys' Fees on Appeal [DE 95] is **GRANTED IN PART AND DENIED IN PART**; and

3. Plaintiffs are hereby awarded appellate attorneys' fees in the amount of $20,012.85, plus statutory interest.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day November, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Matthewman