UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80701-CIV-WPD

AJ O'LAUGHLIN

    Plaintiff,

v.

PALM BEACH COUNTY, a political
Subdivision of the State of Florida,

    Defendant.

_____/

## ORDER MEMORIALIZING RULINGS FROM THE BENCH ON MOTION FOR JUDGMENT AS A MATTER OF LAW

THIS CAUSE is before the Court upon Defendant's Motions for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50, made at the close of Plaintiff's case-in-chief on September 12, 2023. This Order will memorialize the rulings from the bench.

Accordingly, for the reasons stated by the Court on the record at trial, it is **ORDERED AND ADJUDGED** that Defendant's Rule 50 Motion is **DENIED**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 12th day of September 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record